**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| EUGENIO FERNANDEZ PEREZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE,[1] ET AL.,<br><br>Respondents. | Case No. 5:26-cv-00946-AB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The deadline to file objections has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

---

[1] Todd Blanche is substituted in for Pamela Bondi.  See Fed. R. Civ. P. 25(d).

IT IS ORDERED that the Petition is GRANTED.  Respondents shall not re-detain Petitioner without complying with 8 C.F.R. § 241.4 and all other governing law.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  August 5, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2