JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENIO FERNANDEZ PEREZ,<br>Petitioner,<br>v.<br>TODD BLANCHE,[1] ET AL.,<br>Respondents. | Case No. 5:26-cv-00946-AB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall not re-detain Petitioner without complying with 8 C.F.R. § 241.4 and all other governing law.

DATED:

August 5, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

[1] Todd Blanche is substituted in for Pamela Bondi. See Fed. R. Civ. P. 25(d).